United States District Court

Eastern District of California

Michael J. Hicks,

    Plaintiff,                     No. Civ. S 05-1320 LKK PAN P

  vs.                              Order

Michael W. Bien, et al.,

    Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

    Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. <u>See</u> Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

    Accordingly, the court hereby orders that:

1. This action is transferred to the Fresno Division.

2. The clerk of court shall assign a new case number.

3. All future filings shall reference the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

Dated: November 22, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge