# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BIEN, et. al.,<br><br>　　　　　　Defendants.　　　／ | CV F 05-1495 AWI SMS P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (Doc. 26.)<br><br>ORDER DENYING ALL PENDING MOTIONS AS MOOT (Docs. 27.)<br><br>ORDER DISMISSING CASE<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Michael J. Hicks ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on June 27, 2005, in the U.S. District Court for the Eastern District of California, Sacramento Division. The case was transferred to the Fresno Division and received on November 23, 2005.

　　　On January 12, 2006, Plaintiff filed a Motion to withdraw his Complaint stating that the parties have resolved the matter on their own. In light of these circumstances and based on Plaintiff's request, the Court HEREBY ORDERS:

　　　1.　　Plaintiff's request to withdraw the action is GRANTED;

　　　2.　　All pending Motions are DENIED as MOOT;

　　　3.　　The case is DISMISSED; and

　　　4.　　The Clerk of Court is DIRECTED to enter Judgment thereby terminating this action in its entirety.

IT IS SO ORDERED.

**Dated:　　January 27, 2006**　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1